# In the United States Court of Federal Claims

No. 01-608C

(Filed: September 12, 2003)

TRANSFAIR INTERNATIONAL, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On September 4, 2003 defendant filed an unopposed motion to stay proceedings for a period of 14 days. The motion is **GRANTED** and further proceedings in this matter are stayed until September 23, 2003.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge