IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TRANSFAIR INTERNATIONAL, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-608C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO CONTINUE STAY OF PROCEEDINGS

Defendant, the United States, respectfully requests the Court issue an order continuing the stay of proceedings in this case for an additional period of 14 days, to and including October 7, 2003. The current stay of proceedings is in effect until September 23, 2003. This is defendant's second request for a stay of proceedings. The Court previously granted us a stay of proceedings for a period of 14 days. Plaintiff's counsel has authorized us to state that plaintiff does not oppose our motion to stay proceedings. The grounds for granting this motion are as follows.

In our previous motion to stay proceedings, we informed the Court that plaintiff had submitted to defendant an offer of settlement which had been accepted by the Department of Justice, and that time was necessary for the parties to formalize the settlement agreement and for defendant to process the necessary documents permitting payment to be made directly to plaintiff by the agency. On September 11, 2003, the parties signed a settlement agreement.

Pursuant to the terms of the settlement agreement, plaintiff now is required to submit to defendant an invoice for payment in the settlement amount. Plaintiff's counsel has informed undersigned counsel that Plaintiff still is in the process of preparing its invoice and that plaintiff intends to transmit its invoice to the agency on September 23, 2003. Once, the agency receives plaintiff's invoice, the agency will promptly make payment to plaintiff pursuant to the terms of the settlement agreement. Once that process is complete, the parties anticipate filing a joint stipulation of dismissal in this case.

Because the parties have reached a settlement in this matter, additional time spent by the parties conducting discovery or preparing for submission of initial disclosures would not be cost-effective. Granting our request for a stay of proceedings would further the goal of judicial economy.

For these reasons, defendant respectfully requests that its unopposed motion to continue the stay proceedings be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

DONALD F. GRESSETT
Office of the General Counsel
U.S. Agency for International Development
Washington, D.C.

September 22, 2003

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 22nd day of SEPTEMBER 2003, I caused to be sent via United States mail (first-class postage prepaid) copies of "DEFENDANT'S UNOPPOSED MOTION TO CONTINUE STAY OF PROCEEDINGS" addressed as follows:

Wilsie H. Adams JR., Esq.
12100 Drew Court
Potomac, Maryland 20854

s/ David B. Stinson