IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TRANSFAIR INTERNATIONAL, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-608C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant RCFC 41(a)(1)(ii), defendant, the United States, and plaintiff, Transfair International, Inc., hereby stipulate to dismissal of this action with prejudice.

Respectfully submitted,

s/ Wilsie H. Adams, Jr.
WILSIE H. ADAMS, JR., ESQ.
12100 Drew Court
Potomac, Maryland 20854
Tele: (301) 924-1422
Fax: (301) 947-0285

Attorney for Plaintiff

Dated: October 2, 2003

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8624

Attorneys for Defendant

Of Counsel:

DONALD F. GRESSETT
Office of General Counsel
U.S. Agency for International Development
Washington, D.C.

Dated: October 2, 2003

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 2nd day of OCTOBER 2003, I caused to be HAND DELIVERED copies of "JOINT STIPULATION OF DISMISSAL WITH PREJUDICE" addressed as follows:

Wilsie H. Adams JR., Esq.
12100 Drew Court
Potomac, Maryland 20854

s/ David B. Stinson